IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY P. ALLEN,

    Plaintiff,                      No. CIV S-07-2273 GEB EFB P

    vs.

JAMES E. TILTON,

    Defendant.                     ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

        A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        Here, defendants are located in San Luis Obispo and the claim arose in San Luis Obispo, California, which is in the Central District of California. 28 U.S.C. § 84(c). Therefore, in the interest of justice, this action is transferred to the United States District Court for the Central

1

1  District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C.
2  Cir. 1974).
3      So ordered.
4  Dated:  January 30, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE