**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY P. ALLEN, | ) NO. CV 09-1420-RSWL (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| MATTHEW CATE, | ) |
| Defendant. | ) |

Pursuant to the Court's Order Granting Request And Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED:  September 17, 2009

RONALD S.W. LEW
---
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE